[No. 17313-5-III.     Division Three.   July 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR R. CANTU, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-8-00261-6, Robert L. Zagelow, J., entered February 6, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.

[No. 17382-8-III.     Division Three.   July 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAUL CORRAL ESTRADA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-01505-4, James P. Hutton, J., entered March 20, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17409-3-III.     Division Three.   July 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL BRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02169-4, Michael E. Donohue, J., entered March 25, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17482-4-III.     Division Three.   July 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR ARMANDO BARRAGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00638-7, Evan E. Sperline, J., entered May 4, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.